Ramos, E.

```
                                                USDC SDNY
                                                DOCUMENT
         UNITED STATES DISTRICT COURT            ELECTRONICALLY FILED
         SOUTHERN DISTRICT OF NEW YORK           DOC # _____
                                                 DATE FILED: 1/6/2017
```

LUCIA MARETT, *on behalf of herself and all others similarly situated*,

            Plaintiff,

-against-

CAPITAL GRILLE HOLDINGS, INC.,

            Defendant.

16 CV 8913 (ER)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including January 23, ~~2016~~ 2017. There has been no previous request for an extension of time.

    IT IS FURTHER STIPULATED AND AGREED, that Defendants also agree to (i) consent to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept service of the Complaint and all amendments thereon.

For the Defendant:

By: /s/ Raymond Berti
Raymond J. Berti, Esq.
Bran Noonan, Esq.
Akerman LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
Telephone: (212) 880-3800
Fax: (212) 880-6404
raymond.berti@akerman.com

Date: 1/4/2017

For the Plaintiff:

By: /s/ C.K. Lee
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 1-4-17

SO ORDERED

/s/ Edgardo Ramos
Edgardo Ramos, U.S.D.J
Dated: 1/6/2017
New York, New York